[No. 46924-0-I.   Division One.   November 5, 2001.]

AUBURN CHEVROLET, INC., *Respondent*, v. SCOT KUCHTA, ET AL., *Defendants*, SCOT KUCHTA COLUMBIA LANDSCAPE, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-2-15604-8, Jeanette R. Burrage, J., entered June 5, 9, 27, 30, and July 24, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Baker, J.

[No. 47051-5-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY LAMAR SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09977-6, Helen Halpert, J., entered May 24, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47108-2-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FACUNDO GONZALEZ-URREA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00465-9, Michael F. Moynihan, J., entered July 24, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47117-1-I.   Division One.   November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK EMIL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08944-4, Philip G. Hubbard, Jr., J., entered August 4, 2000. *Affirmed* by unpublished per curiam opinion.